EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ENCARNACIÓN RODRÍGUEZ, acusado y apelante.

No. 4710.—*Sometido:* Marzo 16, 1932.  *Resuelto:* Julio 7, 1932.

*Joaquín Vendrell,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En este caso, Encarnación Rodríguez, un celador, fué arrestado mientras se dirigía del sitio donde trabajaba a su propia casa.  El gobierno sostiene que él caminó cinco o seis kilómetros por la carretera.  Esta distancia puede o no ser de importancia para determinar cuánto puede caminar por una vía pública un celador; pero como materia de exactitud, un testigo finalmente dijo que el acusado anduvo como cua-

---

* NOTA:  Véase el prefacio.

tro o cinco cuerdas, y ésta es la única prueba de cargo sobre la distancia recorrida. Una cuerda, el equivalente del *acre* inglés, contiene poco más de doscientos pies en cuadro, y es la distancia lineal de doscientos pies a la que se refirió el testigo. Así, pues, Encarnación Rodríguez sólo caminó posiblemente mil pies, o algo menos de un cuarto de milla.

Según los hechos, Encarnación Rodríguez fué especialmente comisionado para mantener una vigilancia estricta a causa de la existencia de una amenaza de hurtar caballos.

Prácticamente en casi todo lo demás, el caso ha quedado cubierto por el de *El Pueblo* v. *Bosch,* resuelto hoy (ante p. 741).

*Debe revocarse la sentencia apelada y absolverse al acusado.*

El Juez Asociado Señor Hutchison está conforme con el resultado.

Los Jueces, Presidente Señor del Toro y Asociado Señor Aldrey, disintieron.*